IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIERDRE TAYLOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0237-CG-C |
| | ) |
| **HARBIN, LLC,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on the Plaintiff's Motion to Dismiss (Doc. 43), in which the plaintiff advises that the parties have reached a settlement of all claims, and moves for dismissal with prejudice of her claims against Harbin, LLC.

The court notes that the motion is not signed by opposing counsel as required by Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Therefore, unless an objection is filed to the motion **on or before October 30, 2015**, plaintiff's claims against Harbin, LLC will be dismissed with prejudice with each party to bear its own costs without further order of the court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]

**DONE and ORDERED** this 23rd day of October, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against Patrick Jouve were dismissed without prejudice as of October 7, 2015 pursuant this court's Order issued on September 30, 2015 (Doc. 42).